IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA MUNICIPAL INSURANCE CORPORATION, a non-profit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:20cv300-MHT (WO) |
| MUNICH REINSURANCE AMERICA, INC., a foreign corporation, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Munich Reinsurance America, Inc.'s motion to dismiss counts four, six, and eight of the complaint (Doc. 7) is granted, and said counts are dismissed.

(2) Defendant Munich Reinsurance America, Inc.'s motion to stay discovery pending a ruling on the motion to dismiss (Doc. 13) and plaintiff Alabama Municipal Insurance Corporation's motion for leave to file a

surreply in opposition to the motion to stay (Doc. 21) are denied.

(3) Plaintiff Alabama Municipal Insurance Corporation's motion for leave to file an amended complaint (Doc. 23) is denied.

This case is not closed.

DONE, this the 16th day of March, 2021.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**